UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE 2 CORP., ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.17-cv-05012-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this pro se civil action on August 29, 2017. (Dkt. No. 1.) Although the Clerk issued the summons on September 1, 2017, Plaintiff has yet to serve any of the Defendants and the deadline to do so was November 30, 2017. (Dkt. No. 3.) Further, Plaintiff failed to appear for the Initial Case Management Conference on November 30, 2017. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute. Plaintiff shall show cause in writing by December 15, 2017 as to why this action should not be dismissed for failure to prosecute based on Plaintiffs' failure to serve the summons and complaint and appear for the Initial Case Management Conference. **If Plaintiff fails to respond to this Order by December 15, 2017, this action may be dismissed for failure to prosecute.** *See* Fed. R. Civ. Pro. 41(b).

**IT IS SO ORDERED.**

Dated: December 1, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge