UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WE 2 CORP., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 17-cv-05012-WHO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff William Warren filed this pro se civil action on his own behalf and on behalf of We 2 Corp. on August 29, 2017. Dkt. No. 1. But a non-attorney cannot represent a corporation. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").

Further, Warren failed to sufficiently comply with a previous Order to Show Cause, in which Magistrate Judge Jacqueline Scott Corley ordered him to respond to the pending motions to dismiss by February 13, 2018. Dkt. Nos. 8, 19. Upon this failure, Judge Corley issued a Report and Recommendations on February 26, 2018, recommending that this action be dismissed without prejudice for failure to prosecute based on Warren's failure to appear at a Case Management Conference on November 30, 2017, failure to respond to the Order to Show Cause by February 13, 2018, and failure to respond to the pending motions to dismiss. Dkt. No. 20. On February 28, Warren seemingly objected to adoption of the Report and Recommendations. But he failed to respond to the pending motions to dismiss by the due date of his replies, March 19 and April 3, respectfully.

Accordingly, Warren is again ORDERED TO SHOW CAUSE why I should not adopt Judge Corley's Report and Recommendations. Warren shall simultaneously show cause in writing

and respond to the pending motions to dismiss by April 16, 2018. The April 11, 2018 hearing on the motions to dismiss is VACATED and shall be rescheduled after I have reviewed Warren's response.

Warren is also advised that We 2 Corp. must obtain counsel in order to proceed with this action. He may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding his claims.

Failure to respond to this Order to Show Cause will result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: April 3, 2018

William H. Orrick
United States District Judge